A95A2275. McLENDON v. THE STATE.
(469 SE2d 551)

McMURRAY, Presiding Judge.

A suggestion of death has been filed by appellant's counsel in accordance with Court of Appeals Rule 43 (a), advising that the appellant died on December 12, 1995. The appeal in the case sub judice is therefore dismissed as moot. *Grogan v. State*, 248 Ga. 312 (283 SE2d 899).

*Appeal dismissed. Andrews and Blackburn, JJ., concur.*

DECIDED FEBRUARY 14, 1996.

*Michael O. Horgan*, for appellant.

*Dennis C. Sanders, District Attorney, William L. Hale, Assistant District Attorney*, for appellee.